IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Jane Doe and John Doe, | ) | C/A NO.: |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **DEFENDANT SAUNDRA RHODES'** |
| vs. | ) | **NOTICE OF REMOVAL** |
| | ) | **28 U.S.C. § 1441, 1446** |
| Horry County, South Carolina, | ) | |
| Horry County Police Department, | ) | |
| Brian Scott Perry, Jr., Brian Scott | ) | |
| Perry, Denise Perry, Allen Large | ) | |
| and Saundra Rhodes, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Defendant Saundra Rhodes hereby gives notice of the removal of this action from the Court of Common Pleas, Horry County, South Carolina, to the United States District Court for the District of South Carolina, Florence Division. The grounds for removal are as follows:

1.     Upon information and belief, the Summons and Complaint were filed in the Horry County Court of Common Pleas on or about April 14, 2016 with an Amended Complaint filed in the same Court on or about June 15, 2016.

2.     Upon information and belief, the Summons and Complaint were served upon the Defendants on or about June 15, 2016.

3.     This action is now pending in Horry County Court of Common Pleas, designated as case number 2016-CP-26-02389, and the time within which a Defendant is required by the laws of South Carolina to answer or otherwise plead has not expired.

4.     Plaintiffs have alleged that Defendant Rhodes has deprived Plaintiff Jane Doe "of her rights secured by the Fourteenth Amendment of the United States Constitution." (See Amended

-1-

Complaint). Accordingly, this civil action is removable under 28 U.S.C. § 1441. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1334 because this case involves a federal question.

5. This Court also has supplemental jurisdiction over any perceived state court claims asserted by Plaintiffs in the Complaint pursuant to 28 U.S.C. § 1367.

6. The Florence Division is the proper venue in as much as the events in controversy took place within the Florence Division.

7. This Defendant has attached to this Notice and filed herewith copies of pleadings and orders filed in this action as required by 28 U.S.C. § 1446 (A).

8. This Defendant is providing Plaintiffs' counsel, all other Defendants, and the Clerk of Horry County Court of Common Pleas in South Carolina written notice of the removal of this action as required by 28 U.S.C. § 1446 (D).

WHEREFORE, Defendant Rhodes prays that the above-entitled case be removed to this, the United States District Court for the District of South Carolina, Florence Division.

This the 13th day of July, 2016.

I SO MOVE:

s/ Lisa A. Thomas
Lisa A. Thomas, Fed I.D. #9950
THOMPSON & HENRY, P.A.
P. O. Box 1740
Conway, South Carolina 29528
*Attorneys for the Defendant Saundra Rhodes*

-2-

*Defendant Saundra Rhodes' Notice of Removal*
*28 U.S.C. § 1441, 1446*


WE CONSENT:

s/ Samuel F. Arthur, III
Samuel F. Arthur, III, Fed I.D. #7070
Aiken, Bridges, Elliott, Tyler & Saleeby, PA
PO Drawer 1931
Florence, SC 1931
*Attorney for Horry County & Horry County PD*



s/ Bonnie Travaglio Hunt
Bonnie Travaglio Hunt, Fed I.D. #7760
Hunt Law, LLC
PO Box 1845
Goose Creek, SC 29445
*Attorney for Allen Large*